**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| EARL HALL, | CIVIL ACTION |
| Petitioner, | |
| v. | |
| PENNSYLVANIA BOARD OF PROBATION AND PAROLE, | NO.  23-2681 |
| Respondent. | |

**O R D E R**

**AND NOW**, this 30th day of June, 2026, upon consideration of *pro se* petitioner's Revised Petition Under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* (ECF 6), and the Report and Recommendation of United States Magistrate Judge Pamela A. Carlos (ECF 22), and the Court noting that no objections having been filed despite the passage of time for doing so, **IT IS ORDERED** as follows:

1.      The Report and Recommendation of United States Magistrate Judge Pamela A. Carlos (ECF 22) is **APPROVED** and **ADOPTED**.

2.      *Pro se* petitioner's Revised Petition Under 28 U.S.C. § 2254 for Writ of *Habeas Corpus* (ECF 6) is **DENIED** and **DISMISSED WITH PREJUDICE**.

3.      A certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's procedural rulings with respect to petitioner's claims.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

4.      The Clerk of Court shall **MARK** this case **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

_____

**HODGE, KELLEY B., J.**